## Commonwealth *v.* Maggio, Appellant.

Argued November 10, 1969. *Robert D. Repasky,* for appellant; *J. Zimmer,* Assistant District Attorney, with him *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Osborn, Appellant.

Submitted November 13, 1969. *Michael J. Wherry,* for appellant; *Edward M. Bell,* District Attorney, for Commonwealth, appellee.

Order affirmed.